**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA CIVIL DIVISION**

CASE NO: 3:19-cv-392-MCR-HTC

JUAN CARLOS GIL,

     Plaintiff,

v.

CITY OF PENSACOLA, FLORIDA

     Defendant,

---

**NOTICE OF WITHDRAWL AS COUNSEL OF RECORD**

---

SCOTT R. DININ, Esq. hereby files his Notice of Withdrawal as Counsel of Record for Plaintiff, Juan Carlos Gil. Co-Counsel Juan Courtney Cunningham, Esq. of the firm J. Courtney Cunningham PLLC shall remain as counsel for Plaintiff in the above listed action.

There is no motion pending before this Court, and no scheduling order has been issued, this affords sufficient time for Co-Counsel Juan Courtney Cunningham, Esq. to continue without the assistance of Scott R. Dinin, Esq. and his firm Scott R. Dinin, P.A. Dated: August 16, 2019.

                          Respectfully submitted,

                          *s/Scott Dinin*
                          Scott R. Dinin, Esq.
                          Scott R. Dinin, P.A.
                          4200 NW 7th Avenue
                          Miami, Florida 33127
                          Telephone: (786) 431-1333
                          Email: inbox@dininlaw.com
                          *Counsel for Plaintiff*

## CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and as such will be sent to counsel of record as follows:

Juan Courtney Cunningham, Esq.
J. Courtney Cunningham PLLC
8950 SW 74th Court, Suite 201
Miami, Florida 33156
Telephone: (305) 351-2014
Email: cc@cunninghampllc.com
*Counsel for Plaintiff*


Elmer C Ignacio FBN 537683
Robert J Sniffen FBN 0000795
Matthew J Carson FBN 0827711
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
Email: eignacio@sniffenlaw.com
mcarson@sniffenlaw.com
*Counsel for Defendant*

Susan A. Woolf FBN  0013323
City Attorney for City of Pensacola
222 W. Main Street
Pensacola, Florida 32502-5743
Telephone: (850) 435-1615
Facsimile: (850) 595-1290
swoolf@cityofpensacola.com
*Counsel for Defendant*

*s/ Scott Dinin*

2